JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA A.,[1] <br> Plaintiff, <br> v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br> Defendant. | Case No. EDCV 21-1246-KK <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: January 04, 2023

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.